■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS JONES, Appellant. [720 NYS2d 875] —Judgment unanimously affirmed. Memorandum: Contrary to the contention of

defendant, Supreme Court properly exercised its discretion in resentencing him following defendant's violation of probation (*see, People v Wright,* 239 AD2d 945; *cf., People v Nicholson,* 237 AD2d 973, *lv denied* 90 NY2d 908). Furthermore, the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Violation of Probation.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Kehoe and Lawton, JJ.